UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

MARK WEXELBERG,

                Plaintiff,

     -against-                         13 Civ. 7904 (LAK)

PROJECT BROKERS LLC, et al.,

                Defendants.
----------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/4/14

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Defendants' motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) or, alternatively, for summary judgment dismissing the complaint [DI 4] is denied, substantially for the reasons set forth in the report and recommendation of Magistrate Judge Michael H Dolinger to which no objections have been filed.

       SO ORDERED.

Dated:     June 3, 2014

                                     Lewis A. Kaplan
                             United States District Judge